IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-02337-ZLW

GENE ALLEN,

    Plaintiff,

v.

THE SUPREME COURT OF THE STATE OF COLORADO,

    Defendant.




---

## MINUTE ORDER

ORDER ENTERED BY SENIOR JUDGE ZITA L. WEINSHIENK

On March 19, 2007, Plaintiff filed a Prisoner's Motion and Affidavit for Leave to Proceed on Appeal Pursuant to 28 U.S.C. § 1915 and Fed. R. App. P. 24. The Motion is DENIED as moot. The Court of Appeals for the Tenth Circuit entered an order on March 13, 2007, dismissing Plaintiff's appeal for lack of jurisdiction.

Dated: March 21, 2007

Copies of this Minute Order mailed on March 21, 2007, to the following:

Gene Allen
Prisoner No. 76542
Lovelock Corr. Center
PO Box 359
Lovelock, NV 89419

                              Secretary/Deputy Clerk